USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
LEONARDA BAUTISTA, *as Parent and Natural* :
*Guardian of J.B.*, *and* LEONARDA BAUTISTA, :
*individually*, :                                    1:23-cv-7366-GHW
:
                      Plaintiffs, :
:                                    ORDER
-v - :
:
DAVID C. BANKS, *in his official capacity as Chancellor* :
*of the New York City Department of Education*, *and* NEW :
YORK CITY DEPARTMENT OF EDUCATION, :
:
                      Defendants. :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     As discussed during the conference held on November 14, 2023, the parties are directed to submit to the Court a joint letter updating the Court on the status of this case by no later than December 5, 2023. In addition, an initial pretrial conference is scheduled for January 9, 2024 at 4:00 p.m. Updated versions of the parties' joint status letter and proposed case management plan described in the Court's October 17, 2023 order are due no later than January 2, 2024.

     SO ORDERED.

Dated: November 14, 2023
      New York, New York

                                                                  _____
                                                                   GREGORY H. WOODS
                                                              United States District Judge