USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
LEONARDA BAUTISTA, *as Parent and Natural* :
*Guardian of J.B.*, *and* LEONARDA BAUTISTA, :
*individually*, :     1:23-cv-7366-GHW
                    Plaintiffs, :
: ORDER
            -v - :
:
DAVID C. BANKS, *in his official capacity as Chancellor* :
*of the New York City Department of Education*, *and* NEW :
YORK CITY DEPARTMENT OF EDUCATION, :
:
                    Defendants. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     As discussed during the conference held on January 9, 2024, the deadline for either party to file and serve its motion for summary judgment, if any, is April 5, 2024. Any opposition is due within twenty-one days after service of the motion; any reply is due within seven days after service of the opposition.

     SO ORDERED.

Dated: February 13, 2024
        New York, New York

                                                    _____
                                                        GREGORY H. WOODS
                                                    United States District Judge