UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  03/05/2024
```

LEONARDA BAUTISTA et al.,

                              Plaintiffs,

              -against-

DAVID C. BANKS et al.,

                              Defendants.

23-CV-07366 (MMG)

**NOTICE OF
REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

        This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the dates and deadlines set forth in the previous order on February 13, 2024.  Accordingly, any motions for summary judgment must be filed and served by **April 5, 2024**; any opposition is due within 21 days of the service of the motion; and any reply is due within 7 days of service of the opposition.  All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated:  March 5, 2024
        New York, New York

                                        SO ORDERED.

                                        _____
                                        MARGARET M. GARNETT
                                        United States District Judge